### PHILLIPS & COMPANY *v.* DEBRAY *et al.*

SIMMONS, C. J. 1. "Under the provisions of the present code of this State, a party is not entitled to have exceptions of fact to an auditor's report in an equity case passed upon by a jury, unless the judge approves such exceptions." *Lamar* v. *Allen*, 108 *Ga.* 158.

2. There was evidence to support the auditor's finding, which was approved by the judge of the superior court. This court will, therefore, not interfere to disturb such finding. *Judgment affirmed. All the Justices concurring.*

Argued January 7, — Decided January 25, 1901.

Exceptions to auditor's report. Before Judge Lumpkin. Fulton superior court. January 15, 1900.

*C. J. Simmons* and *C. L. Pettigrew*, for plaintiffs in error.
*W. T. Moyers* and *Rosser & Carter*, contra.